# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:25-M -02347(1) |
|  | § |
| (1) Santos Alcalan-Granillo | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 29, 2025** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Santos ALCALAN-Granillo, an alien, entered, or was found in the United States at or near Del Rio, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Tx on 02/07/2025, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, CARRASCO, EDWIN A.** and that this complaint is based on the following facts: *"The defendant, Santos ALCALAN-Granillo, was arrested by Border Patrol Agents, on May 29, 2025 for being an alien illegally present in the United States. Investigation and records of the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ CARRASCO, EDWIN A.
Signature of Complainant
CARRASCO, EDWIN A.
Border Patrol Agent

05/30/2025                                   at   DEL RIO, Texas
File Date                                         City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE         Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:25-M -02347(1)

(1) Santos Alcalan-Granillo

**Continuation of Statement of Facts:**

Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 02/07/2025 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____  
Signature of Judicial Officer

/s/ CARRASCO, EDWIN A.  
Signature of Complainant